FILED by KS  D.C.
Oct 14, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20523-CR-GRAHAM/MCALILEY

18 U.S.C. § 922(o)(1)
26 U.S.C. § 5861(d)
18 U.S.C. § 924(a)(2)
26 U.S.C. § 5872
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

DE'VONTE KENJUAN WILSON,
 a/k/a "Brazy,"

  Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Illegal Possession of a Machinegun
### (18 U.S.C. § 922(o)(1))

On or about September 15, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DE'VONTE KENJUAN WILSON,**

did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United State Code, Section 921(a)(23), in that the defendant possessed a machinegun conversion device, which is a part designed and intended solely and exclusively, or combination

of parts designed and intended, for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o)(1), and Title 18, United States Code, Section 2.

## COUNT 2
### Possession of an Unregistered Firearm
### (26 U.S.C. § 5861(d))

On or about September 15, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DE'VONTE KENJUAN WILSON,**

did knowingly possess a firearm, that is, a machinegun conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, as defined in Title 26, United States Code, Sections 5845(a)(6) and 5845(b), which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Section 5861(d), and Title 18, United States Code, Section 2.

It is further alleged that the firearms, that is, machinegun conversion devices, were:

1. Two (2) Glock machinegun conversion devices, known as "switches"; and
2. One (1) "swift link," commonly referred to as an auto-sear.

## COUNT 3
### Illegal Possession of a Machinegun
### (18 U.S.C. § 922(o)(1))

On or about September 21, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DE'VONTE KENJUAN WILSON,**

did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United State Code, Section 921(a)(23), in that the defendant possessed a machinegun conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o)(1), and Title 18, United States Code, Section 2.

## COUNT 4
### Possession of an Unregistered Firearm
### (26 U.S.C. § 5861(d))

On or about September 21, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DE'VONTE KENJUAN WILSON,**

did knowingly possess a firearm, that is, a machinegun conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, as defined in Title 26, United States Code, Sections 5845(a)(6) and 5845(b), which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Section 5861(d), and Title 18, United States Code, Section 2.

It is further alleged that the firearms, that is, machinegun conversion devices, were:

1. Four (4) Glock machinegun conversion devices, known as "switches"; and
2. One (1) "swift link," commonly referred to as an auto-sear.

3

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DE'VONTE KENJUAN WILSON**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(o)(1), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code Section 924(d)(1).

3. Upon conviction of a violation of Title 26, United States Code Section 5861(d), as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 26, United States Code Section 5872, and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZÁLEZ
ACTING UNITED STATES ATTORNEY

_____
KARLA ALBITE
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DE'VONTE KENJUAN WILSON,
a/k/a "Brazy,"

   Defendant.    /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I 0 to 5 days [✓]
   - II 6 to 10 days [ ]
   - III 11 to 20 days [ ]
   - IV 21 to 60 days [ ]
   - V 61 days and over [ ]

   (Check only one)
   - Petty [ ]
   - Minor [ ]
   - Misdemeanor [ ]
   - Felony [✓]

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes: Magistrate Case No. 21-mj-03920-LOUIS
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of 10/08/2021
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

              _____
              Karla Albite
              Assistant United States Attorney
              Court ID No. A5502593

*Penalty Sheet(s) attached                 REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DE'VONTE KENJUAN WILSON, a/k/a "Brazy"

**Case No:** _____

Count #: 1

Illegal Possession of a Machinegun

18 U.S.C. § 922(o)

\* **Max. Penalty:**   Ten (10) years' imprisonment

Count #: 2

Possession of an Unregistered Firearm

26 U.S.C. § 5861(d)

\***Max. Penalty:**   Ten (10) years' imprisonment

Count #: 3

Illegal Possession of a Machinegun

18 U.S.C. § 922(o)

\* **Max. Penalty:**   Ten (10) years' imprisonment

Count #: 4

Possession of an Unregistered Firearm

26 U.S.C. § 5861(d)

\***Max. Penalty:**   Ten (10) years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.